



## MEMORANDUM OPINION

No. 04-10-00920-CV

Erik **SLOMAN-MOLL**, M.D.,
Appellant

v.

**SOUTHWESTERN BELL YELLOW PAGES, INC**. N/K/A AT&T Advertising, L.P.,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 362712
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting: Phylis J. Speedlin, Justice
    Rebecca Simmons, Justice
    Steven C. Hilbig, Justice

Delivered and Filed: March 16, 2011

DISMISSED FOR WANT OF PROSECUTION

 To date, appellant has failed to pay the applicable filing fee in this appeal. Texas Rule of

Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

On February 9, 2011 we ordered appellant to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that appellant is excused by statute or these rules from paying the filing fee on or before February 24, 2011. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under rule 20 may proceed without advance payment of costs). We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Because appellant has failed to pay the filing fee or provide written proof that he is excused from paying the filing fee, we dismiss this appeal. *See id.*

PER CURIAM